# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLETE REO HART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VAID,<br><br>　　　　　Defendant. | 1:14-cv-00100-MJS (PC)<br><br>**ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA** |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

　　　　The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action

1

1  may otherwise be brought." 28 U.S.C. § 1391(b).

2      In this case, none of the Defendants reside in this district. The claim arose in
3  Monterey County, which is in the Northern District of California. Therefore, Plaintiff's
4  claim should have been filed in the United States District Court for the Northern District
5  of California. In the interest of justice, a federal court may transfer a complaint filed in the
6  wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512
7  F.2d 918, 932 (D.C. Cir. 1974).

8      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
9  United States District Court for the Northern District of California.

12  IT IS SO ORDERED.

14      Dated:   January 28, 2014            /s/ *Michael J. Seng*
15                                                  UNITED STATES MAGISTRATE JUDGE